FILED - WESTERN
CLERK, U.S.

DEC 15 2008

CENTRAL DISTRICT
BY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| DERRICK TYRONE MYERS, | No. EDCV 06-1221-JSL AGR) |
| Petitioner, | **JUDGMENT** |
| v. | |
| KATHY MENDOZA-POWERS, | |
| Respondent. | |

Pursuant to the order adopting the magistrate judge's report and recommendation,

IT IS ADJUDGED that (1) a conditional writ of habeas corpus is granted as to Ground One; (2) Respondent shall permit Petitioner to withdraw his plea in San Bernardino County Superior Court Case No. FSB041428, or shall release Petitioner from custody, within sixty (60) days of the date the Judgment herein becomes final, plus any additional delay authorized under state law; and (3) the Petition is otherwise denied.

DATED: Dec 15, 2008

_____
J. SPENCER LETTS
UNITED STATES DISTRICT JUDGE